**UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| *In re:*<br><br>*HARRY ALVELO MALPICA*<br><br>*xxx–xx–1732*<br>Debtor(s) | Case No. 13–07796<br><br>Chapter 13<br><br><br>FILED & ENTERED ON *9/30/13* |

### ORDER DISMISSING CASE

A Notice of Deficient Filing and Notice of Possible Dismissal was issued on 9/25/2013 (Docket Entry # 8.).Two days have elapsed, and the following document(s) is/are missing:

Creditor Mailing Matrix not Uploaded into CM/ECF System

Accordingly, pursuant to Interim Local Bankruptcy Rule 1007–1, it is now, ORDERED that the instant case be and is hereby dismissed.

SO ORDERED.

San Juan, Puerto Rico, this *Monday, September 30, 2013*

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court

cc: all creditors

By: *LOURDES ALVAREZ*
Deputy Clerk